# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 18 CR 4286-BAS
                         )
vs                       )   ABSTRACT OF ORDER
                         )
Maritzel Solis-          )   Booking No. 72138298
Valdovinos (1)           )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __10/17/2018__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for NO years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**CYNTHIA A. BASHANT**
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

Received _____ DUSM

OR
JOHN MORRILL          Clerk
by S. Michel
   Deputy Clerk

Crim-9 (Rev. 8-11)          S. MICHEL          ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY